UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.

GARY JOHN KOVAL,

        Defendant.

CASE NO. 1:17-CR-281-DAD-BAM

**UNSEALING ORDER**

Good cause appearing due to the defendant's pending initial appearance in the Southern District of California, it is hereby ordered that the Indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: December 19, 2017

BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

FILED
DEC 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA