MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00281 DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| GARY KOVAL, | DATE: October 8, 2019<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous Order of the Court dated October 9, 2018, the trial of this case was set for March 12, 2019 at 8:30 a.m., with time excluded under 18 U.S.C. §§ 3161, *et seq*. of the Speedy Trial Act through the date of trial.

2. By this stipulation, defendant now moves to continue the trial until October 8, 2019 at 8:30 a.m., and to exclude time between the date of this stipulation and October 8, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in

1 | this request.

2 |     3.    The parties agree and stipulate, and request that the Court find the following:

3 |     a.    Defendant Koval has a number of medical conditions, currently being treated, that are adversely affecting his ability to meaningfully assisting with his defense should the trial occur in March 2019. Counsel for Mr. Koval is having difficulty preparing for the March 2019 trial in light of Mr. Koval's conditions.

    b.    Counsel for Koval also has several criminal trials set in January and February 2019, further complicating his ability to prepare for the March 2019 trial in this case.

    c.    The earliest convenient date for trial for the parties and the Court is October 8, 2019 at 8:30 a.m., in light of counsel's respective trial schedules and other scheduling conflicts.

    d.    Counsel for the parties agree that the ends of justice served by continuing the trial as set forth above outweigh the best interest of the public and the defendant in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation.

    e.    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f.    The government does not object to, and stipulates to, the requested continuance.

    g.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of the date of this stipulation to October 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 18, 2019				MCGREGOR W. SCOTT
							United States Attorney


							By: /s/Henry Z. Carbajal III
							    HENRY Z. CARBAJAL III
							    Assistant U.S. Attorney


DATED: January 18, 2019				By: /s/Roger D. Wilson
							    ROGER D. WILSON
							    Attorney for Defendant
							    GARY KOVAL

## **ORDER**

IT IS SO FOUND AND ORDERED this matter is reset for trial confirmation September 23, 2019 at 10:00 a.m. and jury trial reset for October 8, 2019 at 8:30 a.m. The time period of the date of this order to October 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 22, 2019**						_Dale A. Drozd_
								UNITED STATES DISTRICT JUDGE