McGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

JAN 10 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00281-DAD-BAM |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| GARY JOHN KOVAL, | |
| Defendant. | |

On September 30, 2019, defendant Gary John Koval entered a guilty plea to Count Two – Wire Fraud in violation of 18 U.S.C. § 1343 of the Indictment.

As part of his plea agreement with the United States, defendant Gary John Koval agreed to forfeit voluntarily and immediately $783,950 as a money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), less any forfeited funds. See Defendant Koval's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Gary John Koval in the amount of $783,950, less any forfeited funds.

2. The above-referenced forfeiture money judgment is imposed based on defendant Gary John Koval's conviction for violating 18 U.S.C. § 1343 (Count Two). Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on

the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    3.    Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date: January 10, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

## ORDER

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Gary John Koval in the amount of $783,950, less any forfeited funds. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: January 10, 2020

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE